IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO.: 3:14-CR-375-M (01) |
| ) | |
| JAMES EDWARD MCINTIRE, ) | |
| Defendant. ) | |

ORDER DEFERRING ACCEPTANCE
OF BOTH THE PLEA, AND THE PLEA AGREEMENT,
UNTIL SENTENCING

The Court has reviewed the relevant matters of record, including the Notice Regarding Entry of a Plea of Guilty, the Consent of the Defendant, and the Report and Recommendation Concerning Plea of Guilty, of the United States Magistrate Judge, entered March 17, 2016. No objections thereto have been filed within fourteen (14) days of service in accordance with 28 U.S.C. § 636(b)(1).

The Court defers acceptance of both the plea and the plea agreement until the defendant's sentencing hearing which will be in October, 2017, the date to be advised by separate order.

The Court adopts the March 17, 2016 Findings of the United States Magistrate Judge that the defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore be released under § 3142(b) or (c).

SO ORDERED.

DATED: April 19, 2016.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS